1076

No. 95–913.  SOLEM v. COURTER, VIRGINIA COMMISSIONER OF AGRICULTURE AND CONSUMER SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 95–916.  ROBINSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–922.  PHILLIPS v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 95–940.  ALLENDER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–950.  GORWELL v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 95–952.  MYERS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 95–954.  MOORE v. CAMPBELL ET AL.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 95–5830.  CUETO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6049.  KROUT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6087.  OGROD v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 95–6117.  CARR v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 95–6288.  FLORES-PERAZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6289.  FARES ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–6299.  FECHTER ET VIR v. SHIROKY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–6313.  CADOTTE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.